**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) |
| KNOTTS MASONRY & CONSTRUCTION, INC., | )<br>) |
| Defendant. | |

District Judge: Honorable Iain D. Johnston

Magistrate Judge: Judge: Honorable Lisa A. Jensen

Case No: 20-CV-50428

**NOTICE OF DISMISSAL**

Plaintiffs, The Construction Industry Retirement Fund of Rockford, Illinois, and The Construction Industry Welfare Fund of Rockford, Illinois, by its attorneys, WilliamsMcCarthyLLP, state as follows for their Notice of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

Plaintiffs desire to voluntarily dismiss this matter with prejudice. No answer or motion for summary judgment has been filed.

WHEREFORE, Plaintiff respectfully requests that this case be dismissed in its entirety with prejudice, and that the Court strike any existing deadlines.

THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, Plaintiffs,

By: WILLIAMSMCCARTHYLLP


By: */s/Troy E. Haggestad*
      WILLIAMSMcCARTHYLLP
      120 West State Street, Suite 400
      P.O. Box 219
      Rockford, IL 61105-0219
      815/987-8900
      thaggestad@wilmac.com

**CERTIFICATE OF LAWYER AND NOTICE OF ELECTRONIC FILING**

The undersigned certifies that:

1)      On, November 25, 2020, the foregoing document was electronically filed with the District Court Clerk via CM/ECF filing system; and

2)      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned further certifies that on November 25, 2020, a copy of the foregoing document was sent to:

>Knotts Masonry & Construction, Inc.
>c/o Jodi K. Bruer
>Registered Agent
>33 N. Main St.
>Manteno, IL 60950

    /s/ Troy E. Haggestad

Troy E. Haggestad (#06229384)
Joel M. Huotari (#06289792)
WILLIAMSMcCARTHYLLP
120 West State Street, Suite 400
P.O. Box 219
Rockford, IL 61105-0219
815/987-8900
thaggestad@wilmac.com