# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Western Division

Construction Industry Retirement Fund of Rockford, Illinois, et al.

Plaintiff,

v.

Case No.: 3:20−cv−50428

Honorable Iain D. Johnston

Knotts Masonry & Construction, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2020:

MINUTE entry before the Honorable Iain D. Johnston: On the plaintiffs' motion for voluntary dismissal [9], this case is dismissed with prejudice. All existing deadlines are stricken. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.